| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE __Lake__ SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CASE NO. 45D06-1105-JP-917 / 45D06-1105-JP-917-1 |

__Angelica C Banda__
Petitioner,

4:18CV 60

FILED
AUG 09 2018
AT_____M
ROBERT N. TRGOVICH, CLERK
U S DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

V.

__Dierre L. Woodard__
Respondent,

## FILE UNDER 42 U.S.C § 1983 AS INJURED PARTY

1.  The action occurred "under color of law" and the action is a deprivation of a constitutional right(s). Dierre Lamar Woodard does not have any verbal or written contract with LAKE COUNT INDIANA DEPARTMENT OF CHILD SERVICES, CHILD SUPPORT BUREAU or any other agency that says he owed or owes anything. Therefore, the $20,664+ as well as INTEREST and any other funds that were FRAUDULENTLY CONFISCATED by the INDIANA DEPARTMENT OF CHILD SERVICES, CHILD SUPPORT BUREAU and LAKE COUNTY CLERK'S OFFICE since 04/22/2015 should be IMMEDIATELY RETURNED TO Dierre Lamar Woodard WITHOUT DELAY. See Exhibit(s) A-A3; B-B5, C-C2

2.  Dierre Lamar Woodard has suffered considerable grief and hardship due to violations of the FAIR CREDIT REPORTING LAWS, TREAT OF SUSPENSION OF DRIVING PRIVILGES, GARNISHMENTS, AND FRAUDULENT CONFISCATION OF FUNDS by the INDIANA DEPARTMENT OF CHILD SERVICES, CHILD SUPPORT BUREAU and the LAKE COUNTY CLERK'S OFFICE. See Exhibit(s) D-D4

3.  45 CFR § 303.101 (c) (4) Due Process and Equal Protection of Law were violated. U.S. Department of Justice, Civil Rights Division Office for Access to Justice, Essentials for

Attorneys in Child Enforcement Chapter Six. Title IV-D Court 42 U.S.C section 654 IV - D Court not a part of the court, but the Executive Branch. A loan must be giving to owe a debt. Involuntary servitude, slavery is a United States legal and Constitutional term for a person laboring against that person's will to benefit another, under some form coercion other than the worker's financial needs. Involuntary servitude is not dependent upon compensation or its amounts. Imprisonment of debt, there shall be no imprisonment for debt. See Exhibits E-E-4.

4. Due Process and Color of Law violations. Due process is the right to know the list of consequences of signing Certificate of Parentage in either writing or verbally. Child Support "Provisions" are not law. Evidence provided by the Federal Child Support Enforcement Program Sec. 8 pg. 2 proves that **"program"** requires the **"provisions"** of child support enforcement (CSE) services for both welfare and non-welfare families. Evidence provided by the Federal Acquisition Regulations proves that "provisions is a written term or condition used only in **SOLICITATIONs** and applying only before contract award. FAR 52.101. Solicitation provisions are distinguished from CLAUSEs, which are terms and conditions in contracts. **Solicitation** is the act of **offering**, or attempting to purchase, goods or **services**. Evidence also proves that word "provision" is legally defined as "foresight" of the "chance" of and event happening, sufficient to indicate that any present "undertaking" upon which it's "assumed" realization "might" exert a natural and proper "influence" was "entered" upon full **"contemplation"** of it being a future **"possibility"**. Black's Law 4th Rev. Ed. Pg. 1389.
    - Event: the making of a contract is an event. Black's Law Rev. 4th Ed. Pg.655
    - Enter: to become a partaker. Black's Law Rev. 4th Ed. Pg. 625
    - Undertaking: an engagement by one of the partied to a contract to the other **as distinguished from a mutual engagement by one of the parties to each other**. Black's Law Rev. 4th Ed. Pg. 1696

5. Evidence provided by the U.S. Accountability Office proves that a Program Generally is an organized set of activities directed toward a common purpose or goal that an agency **"undertakes"** or proposes to carry out its responsibilities. It is used to describe an agency's mission, functions, activities, **services**, projects and processes. (*See* also Program, Project or Activity)

6. IV-D is not enacted into positive law. Evidence provided by 1 U.S.C 204 proves that these titles of the code which are not enacted into positive law are considered "prima facie evidence" (presumed) of the enacted positive law. Title IV-D of the Social Security Act, Pub. L. No. 93-647, 88 Stat. 2351 (1975) has never who does not "volunteer" to be "subjected to" it.

Respectfully Submitted

_____
Dierre L. Woodard (in propria persona)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing and its attachments have been served upon the following person(s) on record via certified mail this ___6___ day of ___August, 2018___.

_____
Dierre L. Woodard (in propria persona)